Case 1:18-cv-00293-TH-ZJH   Document 8   Filed 08/03/18   Page 1 of 3 PageID #: 35

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 3 2018

BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS - BEAUMONT DIVISION

EDWARD J. GLADNEY )
)
v. )
)
THE UNITED STATES ) CASE NO. 1:18-CV-293
)
OF AMERICA, et.al. )

PLAINTIFF'S SECOND AMENDED PLEADING

Plaintiff Edward J. Gladney, pro se, files this additional amended pleading as ordered by this Court:

2. "Please specify with detail the facts supporting your FTCA claim against the United States of America?" -

The United States of America's government employees failed to use reasonable care when those employees confiscated my prescribed medications and delayed my access to such medications for my treatment. Further, the United States of America's government employees failed to use reasonable care when those employees placed me on an Alternative Clothing and Linen status as a form of punishment. Additionally, the United States of America's government

1

employees intentionally inflicted emotional distress upon Plaintiff when said employees intentionally withheld and delayed Plaintiff's access to prescribed medications, and placed Plaintiff on an Alternate Clothing and Linen status as a form of punishment. Said employees acted in a way that was outrageous for the purpose of causing severe emotional distress.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of July, 2018.

*Edward J. Gladney*

Edward J. Gladney, #80179-279
USP Coleman 2
P.O. Box 1034
Coleman, FL 33521
(352) 689-7000

2

Edward J. Gladney, #80179-279, G-2 Unit
Federal Correctional Complex, USP-2
P.O. Box 1034
Coleman, FL 33521

Legal Mail

TAMPA FL 335
SAINT PETERSBURG FL
31 JUL 2018 PM 3 L

U.S. DISTRICT COURT
RECEIVED
AUG - 3 2018
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

⇔80179-279⇔
U S Dist Court Clerk
300 Willow ST
Beaumont, TX 77701
United States

77701-221729