IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD J. GLADNEY | § | |
| VS. | § | CIVIL ACTION NO. 1:18cv293 |
| UNITED STATES OF AMERICA, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Edward J. Gladney, proceeding *pro se*, filed the above-styled lawsuit. The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for default judgment (doc. no. 10) be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the proposed findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motion for default judgment is **DENIED**.

**SIGNED** this the **10** day of **September, 2019.**

_____
Thad Heartfield
United States District Judge