IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD J. GLADNEY | § | |
| VS. | § | CIVIL ACTION NO. 1:18cv293 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Edward J. Gladney, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends granting a motion to dismiss filed by plaintiff and dismissing this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (doc. no. 50) is **ADOPTED** as the opinion of the court. Plaintiff's motion to dismiss (doc. no. 49) is **GRANTED**. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED** this the 9 day of **April, 2021.**

_____
Thad Heartfield
United States District Judge